```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


         CLARENCE SOLOMON    v.    CHARLES STEVENSON
DATE:    May 25, 2012    CASE NO.    4:11-CV-0011-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    MINUTE ORDER FROM CHAMBERS
                GRANTING DOCKET 22
```

Before the Court at **Docket 22** is a Motion for Summary Adjudication of Petitioner's Amended Habeas Corpus Petition. The issues have been fully briefed and were the subject of an Initial and subsequently a Final Report and Recommendation Regarding Respondent's Summary Adjudication at Docket 38.

The Court has reviewed all of the relevant pleadings and hereby **ACCEPTS** and **ADOPTS** the Final Report and Recommendation filed by the Magistrate Judge at Docket 38. For the reasons stated therein, this matter will be DISMISSED in its entirety unless Petitioner files a Second Amended Petition containing only his third, fourth, and fifth grounds for relief.

**IT IS SO ORDERED.**